**No. 09-7587. Raymond P. Vinnie, Petitioner v. Massachusetts.**

559 U.S. 1059, 130 S. Ct. 2368, 176 L. Ed. 2d 578, 2010 U.S. LEXIS 2962.

April 5, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1154, 130 S. Ct. 1152, 175 L. Ed. 2d 983, 2010 U.S. LEXIS 752.